SILLS CUMMIS & GROSS P.C.
Katherine M. Lieb
101 Park Avenue, 28th Floor
New York, New York 10178
(212) 643-7000

AXS LAW GROUP, PLLC
Rossana Arteaga-Gomez
(*pro hac vice* to be submitted)
2121 NW 2nd Avenue, Suite 201
Miami, Florida 33127
(305) 297-1878

*Attorneys for Proposed Intervenor
Henrique Rodriguez Guillen*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|   |   |
|---|---|
| | : |
| | Civil Action No. 20-506(CCC)(ESK) |
| | : |
| In re: Application of HES (CARIBBEAN) INTERNATIONAL HOLDINGS, S.R.L. for Assistance Before Foreign Tribunals | Hon. Claire C. Cecchi, U.S.D.J.<br>Hon. Edward S. Kiel, U.S.M.J. |
| | **ORDER GRANTING MOTION TO REOPEN CASE, INTERVENE, AND JOIN IN HES (CARIBBEAN) INTERNATIONAL HOLDINGS, S.R.L.'S VERIFIED APPLICATION PURSUANT TO 28 U.S.C. § 1782 FOR ORDER TO TAKE DISCOVERY IN AID OF <u>FOREIGN PROCEEDINGS</u>** |

THIS MATTER having come before the Court by AXS Law Group, PLLC and Sills Cummis & Gross P.C., attorneys for proposed intervenor Henrique Rodriguez Guillen on Mr. Rodriguez Guillen's Motion to Reopen Case, Intervene and Join in HES (Caribbean) International Holdings, S.R.L.'s Verified Application Pursuant to 28 U.S.C. § 1782 for Order to Take Discovery in Aid of Foreign Proceedings, and the Court having reviewed and considered the motion and submissions of the parties, and for the reasons stated in the Court's February 13, 2020 Opinion and Order (ECF No. 5), and for good cause shown;

IT IS on this **22nd** day of **April, 2020**,

ORDERED that the Motion to Reopen Case, Intervene, and Join in HES (Caribbean) International Holdings, S.R.L.'s Verified Application Pursuant to 28 U.S.C. § 1782 for Order to Take Discovery in Aid of Foreign Proceedings (**ECF No. 7**) is GRANTED and Intervenor may issue the subpoena directed at The Northern Trust International Banking Corporation. The Clerk of the Court will designate this case as CLOSED.

_____
HON. EDWARD S. KIEL, U.S.M.J.